IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HECTOR HERNANDEZ ESTREMERA §<br>MARISOL LEAL LOPEZ, AND §<br>KATHLEEN AUDIFFRED §<br>§<br>VS. §<br>§<br>MICHAEL LYNN BRIGHT, Individually §<br>And d/b/a MLB TRUCKING OF IDAHO §<br>And SHANNON RANEE CAROTHERS,§<br>Individually and d/b/a §<br>CAROTHERS TRUCKING § | CIVIL NO. 5:20-cv-01106 |

## DEFENDANT, SHANNON RANEE CAROTHERS, Individually and d/b/a CAROTHERS TRUCKING'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOTHERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendant, Shannon Ranee Carothers, Individually and d/b/a Carothers Trucking hereby removes this action to the United States District Court for the Western District of Texas San Antonio Division from the 224TH Judicial District Court of Bexar County, Texas, stating as follows:

1. Plaintiffs, Hector Hernandez Estremera, Marisol Leal Lopez and Kathleen Audifrfred commenced this action in the 224th Judicial District Court of Bexar County, Texas, where it was given Cause No. 2020CI14473. This action is between citizens of different states. Plaintiffs are residents of Texas. Defendant, Shannon Ranee Carothers and d/b/a Carothers Trucking is a Idaho corporation with a principal place of business in Shoshone, Idaho. Defendant, Michael Lynn Bright and d/b/a MLB Trucking of Idaho is an Idaho corporation with a principal place of business in Shoshone, Idaho. Plaintiff and Defendants are citizens of different states, none of the Defendants are citizens of Texas, and the proper parties are totally diverse from Plaintiffs.

2. Defendant, Shannon Ranee Carothers and d/b/a Carothers Trucking received the summons and complaint on August 21, 2020, by way of its registered Agent.

3. Defendant, Michael Lynn Bright and d/b/a MLB Trucking of Idaho has not been served.

4. A copy of all process, pleadings, and orders served upon Defendant are attached as Exhibit A.

5. Defendant will provide written notice of this Notice of Removal to all adverse parties and will file a copy with the Clerk of the 244th Judicial District Court of Bexar County, Texas.

5. Defendants consent to this removal.

Dated: **September 17, 2020**

Respectfully submitted,

LARRY D. WARREN
ATTORNEY IN CHARGE
State Bar No. 20888450
FBN: 13339
**ATTORNEY FOR DEFENDANTS
SHANNON RANEE CAROTHERS,
Individually and d/b/a CAROTHERS
TRUCKING**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 17 day of **September 2020**, the foregoing document, was filed with the Clerk of Court using the CM/ECF system, and was served on counsel

Doc# 6IN7020.DOC

2

via **E-mail**:

Joe A. Gamez
State Bar No. 07607200
Jose L. Rios, Jr.
State Bar No. 24098326
JOE A. GAMEZ LAW FIRM, P.C.
1119 Fresno Road
San Antonio, Texas 78201
Telephone: (210) 736-4040
Facsimile: (210) 734-0100
    E-service: JRios@jagamezlaw.com
**ATTORNEYS FOR PLAINTIFFS**

_____
LARRY D. WARREN